BERTRAND SALOY v. J. L. GUBERNATOR et al.

Where the note sued on bears eight per cent. interest, and the judgment below is for the same rate of interest, no damages will be accorded as for a frivolous appeal.

APPEAL from the Fourth District Court of New Orleans, *Price*, J. *E. Cambray* for plaintiff.

JONES, J. This appeal is evidently taken for delay; but, as the note upon which the judgment is based, as well as the judgment itself, allows eight per cent. interest, we do not feel authorized to allow damages as for a frivolous appeal.

Judgment affirmed, with costs.